## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 27, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-02595-MSK

*Parties*:                                                              *Counsel Appearing:*

DAVID K. SPREHE,                                           Richard Whaley

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE;                 William Pharo
JOHN E. POTTER, Postmaster General (Western Area) of
the United States Postal Service,

        Defendants.

---

## COURTROOM MINUTES

---

HEARING:   Final Pretrial Conference.

**9:11 a.m.   Court in session.**

Parties are present. Char Ehrenshaft, manager Labor Relations and Jennifer Rowe, agency counsel are present on behalf of defendants.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

**PENDING MOTIONS.**

The Court addresses defendants' Partial Motion to Dismiss (**Doc. #31**).

Conference at the bench.

**9:36 a.m.**     **Court in recess**
**9:43 a.m.**     **Court in session**

**ORDER:**     Defendants' Partial Motion to Dismiss (**Doc. #31**) is **GRANTED.**

The Court will set any additional deadlines for the filing of another final proposed final pretrial order in a written Order addressing the outstanding Motion for Summary Judgment.

**10:00 a.m.**     **Court in recess.**

**Total Time:**     42 minutes.
**Hearing concluded.**